UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | Case No.: 1:18-cr-183 |
|---|---|---|
| | ) | |
| v. | ) | District Judge Curtis L. Collier |
| | ) | |
| TALAFERRO HUDGINS | ) | Magistrate Judge Christopher H. Steger |

## O R D E R

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 97) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts Six and Ten of the sixteen count Superseding Indictment; (2) accept Defendant's guilty plea to Counts Six and Ten of the sixteen count Superseding Indictment; (3) adjudicate Defendant guilty of knowingly and intentionally distributing a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, on September 25, 2017, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); (4) adjudicate Defendant guilty of knowingly and intentionally distributing a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, on November 1, 2017, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); and (5) order that Defendant remain in custody until further order of this Court or sentencing in this matter.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 97) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Counts Six and Ten of the sixteen count Superseding Indictment is **GRANTED**;

2. Defendant's plea of guilty to Counts Six and Ten of the sixteen count Superseding Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of knowingly and intentionally distributing a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, on September 25, 2017, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C);

4. Defendant is hereby **ADJUDGED** guilty of knowingly and intentionally distributing a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, on November 1, 2017, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C);

5. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter; and

6. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing in this matter, which is scheduled to take place on **February 26, 2020, at 2:00 p.m.** before the undersigned.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**